People v Bradshaw (2024 NY Slip Op 06532)

People v Bradshaw

2024 NY Slip Op 06532

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ. (Filed Dec. 20, 2024.) 

KA 23-01511.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DARRYL BRADSHAW, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted and new counsel is to be assigned. Memorandum: Defendant appeals from a judgment convicting him of attempted assault in the second degree (Penal Law §§ 110.00, 120.05 [2]) and sentencing him to an indeterminate term of imprisonment of two to four years. Defendant's assigned appellate counsel has moved to be relieved of the assignment pursuant to People v Crawford (71 AD2d 38 [4th Dept 1979]). Upon a review of the record we conclude that a nonfrivolous issue exists as to whether the court abused its discretion in denying defense counsel's request for an examination of defendant pursuant to CPL 730.30. Therefore, we relieve counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Judgment of Cayuga County Court, Thomas G. Leone, J. - Attempted Assault, 2nd Degree).